UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, AND<br>ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHARLES J. DEMARCO, M.D.,<br>DELTA DIAGNOSTIC RADIOLOGY, P.C.,<br>AVALON RADIOLOGY, P.C.,<br>EDWARD GORSHTEIN,<br>LEONID SHUSTERMAN,<br>AKKORD MANAGING SERVICES, INC., AND<br>BIG APPLE MANAGING SERVICES. INC.,<br><br>    Defendants. | C.A. No. |

**CERTIFICATE OF NO LIABILITY INSURANCE**

I, Richard D. King, counsel for the plaintiffs in the above-captioned matter, hereby certify that:

(1) The plaintiffs are not aware of any liability insurance available to satisfy the judgment sought in this matter.

(2) Neither I nor the plaintiffs have any reason to believe that there will be any liability insurance available to satisfy the judgment sought in this matter as the Complaint alleges intentional acts of racketeering and insurance fraud against the above-identified defendant.

[SIGNATURE PAGE FOLLOWS]

1

SMITH & BRINK, P.C.

*/s/ Richard D. King, Jr.*
_____
Richard D. King, Jr. (RK8381)
rking@smithbrink.com
Nathan A. Tilden (NT0571)
ntilden@smithbtink.com
Michael W. Whitcher (MW7455)
mwhitcher@smithbrink.com
Shauna L. Sullivan (SS5624)
ssullivan@smithbrink.com
Jasmine G. Vieux (JG1805)
jvieux@smithbrink.com
1325 Franklin Ave., Suite 320
Garden City, NY 11530
(347) 710-0050 (phone)

Attorneys for the Plaintiffs,
*Allstate Insurance Company,*
*Allstate Indemnity Company,*
*Allstate Property & Casualty Insurance Company,*
*Allstate Fire & Casualty Insurance Company, and Allstate*
*Vehicle & Property Insurance Company*

Dated: August 5, 2015